ORIGINAL

K V

# 17954

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN - 4 2008

CLERK, U.S. DISTRICT COURT
By _____
Deputy

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| Hasan Hajmohammad, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Anne K. Barrows, District Director U.S. | ) |
| Citizenship & Immigration Services; | ) |
| Dr. Emilio Gonzalez, Director U.S. | ) |
| Citizenship & Immigration Services; | ) |
| Michael Chertoff, Secretary Department | ) |
| of Homeland Security; Michael B. | ) |
| Mukasey, U.S. Attorney General; Robert S. | ) |
| Mueller III, Director, Federal Bureau of | ) |
| Investigation ("FBI"), | ) |
| | ) |
| Defendants. | ) |
| | ) |

Civ. No. _____

**ORIGINAL PETITION**
**FOR HEARING ON**
**NATURALIZATION &**
**FOR DECLARATORY**
**RELIEF**

**Alien No. A74 651 102**

**3-08CV0021-R**

Plaintiff, by her attorney, files this original petition for hearing on naturalization and for

declaratory relief. The petition states the following:

1. Plaintiff is an individual and resident of the United States who resides within the

jurisdiction of this Court. Plaintiff has been a Lawful Permanent Resident of the United States

since May 1, 1998. His application for naturalization has been unlawfully and unreasonably

delayed for more than four years. This Court has subject matter jurisdiction over this action

pursuant to 28 U.S.C. §1331 because Plaintiff's claim arises under the Immigration and

Nationality Act ("INA"), 8 U.S.C. §1101 et seq., and regulations arising thereunder. This Court

also has jurisdiction under 8 U.S.C. §1447(b) to adjudicate the naturalization application of

Plaintiff because the responsible agency, the United States Citizenship and Immigration Services

("CIS"), has failed to adjudicate the application despite the passage of more than 120 days since

the date of her naturalization examination.  This Court also has jurisdiction under 28 U.S.C.

§2201 (Declaratory Judgment Act) and 5 U.S.C. §701 *et seq.* (Administrative Procedure Act).

This Court may grant declaratory and injunctive relief pursuant to 28 U.S.C. §§1361, 2202, and 5

U.S.C. §702.

    2.  Anne Barrows, the Defendant herein, is the District Director of the CIS and is sued herein

in her official capacity and as the officer with responsibility over the processing of the

naturalization application.  Defendant, Michael B. Mukasey, as the Attorney General of the

United States, is sued under statute which confers on the Attorney General the "sole authority to

naturalize persons as citizens of the United States."  Defendant, Dr. Emilio Gonzalez is the

Director of the CIS and is sued herein in his official capacity and as the officer with

responsibility over the processing of the naturalization application.  Defendant, Michael Chertoff

is the Secretary of the Department of Homeland Security and is sued herein in his official

capacity as the officer with responsibility over the processing of the naturalization application.

Defendant, Robert S. Mueller III, is the Director of the Federal Bureau of Investigation ("FBI"),

an agency within the United States Department of Justice ("DOJ").  The FBI performs name

checks and additional background checks on all applicants for naturalization at the request of

CIS.  Defendants collectively are responsible for the grant or denial of naturalization applications

filed within the Dallas CIS district pursuant to 8 U.S.C §1421, 8 U.S.C §1427, 8 CFR

§103.1(g)(2)(ii), 8 CFR §310.2 and 8 CFR §316.3.

    3.  Venue is proper in this District pursuant to 28 U.S.C. §1391(b) and §1391(e) because

Defendants are officers or employees of agencies of the United States government, acting in their

official capacity under color of legal authority, and a substantial portion of the events and

omissions giving rise to the claims herein occurred in this District, and all plaintiffs reside in this District. No real property is involved in this action.

4.  Plaintiff has been unlawfully deprived of naturalization for over four years because of unreasonable and extraordinary agency delays. Plaintiff applied for naturalization on June 24, 2003. On March 5, 2004, Plaintiff fulfilled all of the statutory requirements for naturalization when he passed her naturalization examination. Defendants' agent informed Plaintiff that only the background checks was pending and that he would be contacted regarding the scheduling of his oath ceremony. Thereafter, Plaintiff has repeatedly sought adjudication of her application. However, Plaintiff has been informed repeatedly that security checks ("name checks") are still pending. To date, Plaintiff's application for naturalization has not been adjudicated. Plaintiff has exhausted all administrative remedies available. CIS has failed to adjudicate Plaintiff's application within 120 days of the date of her naturalization examination, as required by law.

5.  Plaintiff has been denied his statutory right to naturalize solely because of the bureaucratic failings and inaction of CIS and the FBI. CIS has delayed the adjudication of Plaintiff's naturalization application because it has delegated to the FBI a new form of security check called a "name check." The FBI has willfully and unreasonably delayed Plaintiff's "name check" for almost four years. As a result of the agencies' failure to adjudicate her application for citizenship, Plaintiff is unable to sponsor immediate relatives. He is also unable to apply for business benefits reserved exclusively for United States citizens and travel using a United States passport. In addition, Plaintiff is unable to vote in elections, serve on juries, and enjoy the other rights and responsibilities of U.S. citizenship.

6.  Defendants are officials of the two government agencies that have failed to adjudicate Plaintiff's naturalization application within the time periods prescribed by law. The exceptionally

long delays in adjudication are caused by Defendants' unwillingness to complete in a timely fashion a background check. Despite the fact that Plaintiff has been waiting for almost two years since passing her naturalization examination, Defendants refuse to set any deadlines for completion of these background checks and process Plaintiff's application. As a result of this unreasonable inaction, Defendants are depriving Plaintiff of the rights and benefits of U.S. citizenship.

7.   Federal immigration law allows persons who have been residing in the United States as Lawful Permanent Residents to become United States citizens through a process known as naturalization. A person seeking to naturalize must meet certain requirements, including demonstrating an understanding of the English language and history and civics of the United States; a sufficient period of physical presence in the United States; and good moral character. 8 U.S.C. §§1423, 1427(a).

8.   Persons seeking to naturalize must submit an application for naturalization to CIS. 8 U.S.C. §1445. CIS is the agency responsible for adjudicating naturalization applications. 8 C.F.R. §100.2. Once an application is submitted, CIS conducts a background investigation of each naturalization applicant. 8 U.S.C. §1446(a); 8 C.F.R. §335.1. According to CIS regulations, the background investigation includes a full criminal background check performed by the FBI. 8 C.F.R. §335.2. After the background investigation is completed, CIS schedules a naturalization examination, at which an applicant meets with a CIS examiner who is authorized to ask questions and take testimony. The CIS examiner must determine whether to grant or deny the naturalization application. 8 U.S.C. §1446(d). CIS must grant a naturalization application if the applicant has complied with all requirements for naturalization. 8 C.F.R. §335.3. Furthermore, CIS must grant or deny a naturalization application at the time of the examination or, at the

latest, within 120 days after the date of the examination. 8 C.F.R. §335.3. Once an application is

granted, the applicant is sworn in as a United States citizen.

9.   Since September 11, 2001, CIS has added, without promulgating any regulation, a new

type of background check to the naturalization process, called a "name check." A "name check"

is a check of FBI records based on the full name of the applicant. The "name check" is

conducted by FBI personnel through manual and electronic searches of the FBI's centralized

records. CIS requests the FBI to conduct "name checks" on all applications for naturalization.

10. CIS does not adjudicate applications for naturalization until it receives a completed

"name check" from the FBI. Neither CIS nor the FBI impose any time limits for completion of

"name checks." The FBI claims that CIS determines the order of resolution of the requested

"name checks," and CIS claims that it cannot ask or require the FBI to complete "name checks"

within any particular timeframe.

11. When CIS fails to adjudicate a naturalization application within 120 days of the

examination, the applicant may seek de novo review of the application by a district court. 8

U.S.C. § 1447(b). When the applicant requests district court review, the district court gains

exclusive jurisdiction over the application, *United States v. Hovsepian*, 359 F.3d 1144 (9th Cir.

2004), and it may naturalize the applicant. 8 U.S.C. § 1447(b).

12. The Administrative Procedure Act requires administrative agencies to conclude matters

presented to them "within a reasonable time." 5 U.S.C. § 555. A district court reviewing agency

action may "compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. §

706(1). The court also may hold unlawful and set aside agency action that, inter alia, is found to

be: "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law,"

U.S.C. § 706(2)(A); "in excess of statutory jurisdiction, authority, or limitations, or short of

statutory right," 5 U.S.C. § 706(2)(C); or "without observance of procedure required by law," 5

U.S.C. § 706(2)(D). "Agency action" includes, in relevant part, "an agency rule, order, license,

sanction, relief, or the equivalent or denial thereof, or failure to act." 5 U.S.C. §551(13).

13. The failure of Defendants Barrows, Chertoff and Emilio Gonzalez to adjudicate

Plaintiff's application for naturalization within 120 days of the date of the naturalization

examination on the basis of "name checks," is in violation of 8 U.S.C. § 1446(d) and 8 C.F.R. §

335, violates the Administrative Procedure Act, 5 US.C. § 555(b); 5 U.S.C. §§ 706(1),

706(2)(A), 706(2)(C), 706(2)(D).

14. The failure of Defendants Michael B. Mukasey and Robert S. Mueller to timely complete

"name checks," with the full knowledge that CIS requires the completion of such "name checks"

for adjudication of the application for naturalization of plaintiff, violates the Administrative

Procedure Act, 5 U.S.C. § 555(b); 5 US.C. §§ 706(1), 706(2)(A), 706(2)(C), 706(2)(D).

15. The failure of Defendants to set deadlines for completing "name checks" and to take all

the other reasonable steps necessary to complete the adjudication of the application for

naturalization of plaintiff, violates 8 U.S.C. § 1446(d) and 8 C.F.R. § 335, and the

Administrative Procedure Act, 5 U.S.C. § 555(b); 5 US.C. §§ 706(1), 706(2)(A), 706(2)(C),

706(2)(D).

16. As a result of Defendants' actions, Plaintiff has suffered and continues to suffer injury.

Plaintiff seeks declaratory and injunctive relief to require the Defendants to adjudicate her

application for naturalization within the time periods prescribed by law, and ask the Court to

declare the agency delays to be in violation of immigration laws and regulations and laws

governing administrative agency action. In addition, Plaintiff requests that the Court review her

application *de novo* and naturalize her as a United States citizen, pursuant to 8 U.S.C. § 1447(b).

WHEREFORE, Plaintiff respectfully requests that the Court:

1. Grant the application of Plaintiff, and provide Plaintiff his oath of citizenship, or, in the alternative, remand and order Defendant CIS to administer the oath of citizenship to Plaintiff within 30 days or less of the order.

2. Direct Defendant CIS to promptly issue Plaintiff's Certificate of Naturalization, whether naturalized by this Court or by Defendant CIS.

3. Award reasonable costs and attorney's fees pursuant to the Equal Access to Justice Act, and as permitted by equity and any other statute.

4. Grant any and all further relief this Court deems just and proper.

Respectfully Submitted,

Husein A. Abdelhadi
Abdelhadi & Associates, PC
4144 N. Central Expy., Ste. 1210
Dallas, Texas 75219
(214) 219-8803 Tel.
(214) 219-8804 Fax
haa@aalaw.net

ATTORNEY FOR PLAINTIFF

## LIST OF ATTACHMENTS

| Exhibit | Description |
|---------|-------------|
| A | Copy of Form I-797C Receipt Notice for Application for Naturalization, Form N-400 issued by USINS filed on June 24, 2003. |
| B | Copy of Application for Naturalization, Form N-400, filed on June 24, 2003. |
| C | Copy of Form N-652, Naturalization Interview Results. |

## CERTIFICATE OF INTERESTED PERSONS

| | | |
|---|---|---|
| Hasan Hajmohammad, | ) | Civ. No. _____: |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORIGINAL PETITION** |
| v. | ) | **FOR HEARING ON** |
| | ) | **NATURALIZATION &** |
| Anne K. Barrows, District Director U.S. | ) | **FOR DECLATORY** |
| Citizenship & Immigration Services; Dr. | ) | **RELIEF** |
| Emilio Gonzalez, Director U.S. | ) | |
| Citizenship & Immigration Services; | ) | **Alien No. A74 651 102** |
| Michael Chertoff, Secretary Department | ) | |
| of Homeland Security; Michael B. | ) | |
| Mukasey, U.S. Attorney General; Robert | ) | |
| S. Mueller III, Director, Federal Bureau | ) | |
| of Investigation ("FBI"), | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that judges of this court may evaluate possible disqualification or recusal.

1. Anne K. Barrows, USDHS, Director of C.I.S., Dallas District – Defendant

2. Michael B. Mukasey, USDOJ, Attorney General – Defendant

3. Michael Chertoff, Secretary of the Department of Homeland Security – Defendant

4. Emilio Gonzalez, USDHS, Director, C.I.S – Defendant

5. Robert S. Mueller III, Director, Federal Bureau of Investigation ("FBI") – Defendant

6. Husein A. Abdelhadi – Counsel for Plaintiff

7. Hasan Hajmohammad – Plaintiff

Husein A. Abdelhadi
Attorney for Plaintiff

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

## THE UNITED STATES OF AMERICA

| | |
|---|---|
| Receipt with Exception | **NOTICE DATE** July 01, 2003 |
| | **INS A#** A 074 651 102 |

| CASE TYPE | | | PAGE |
|---|---|---|---|
| N400   Application For Naturalization | | | 1 of 1 |

| APPLICATION NUMBER | RECEIVED DATE | PRIORITY DATE |
|---|---|---|
| SSC*000610795 | June 24, 2003 | June 24, 2003 |

APPLICANT NAME AND MAILING ADDRESS

**PAYMENT INFORMATION:**

HASSAN AHMAD HAJMOHAMMAD
c/o MARK E JACOBS
5050 QUORUM DREIVE 140
DALLAS TX 75254

| | |
|---|---|
| Single Application Fee: | $310.00 |
| Total Amount Received: | $310.00 |
| Total Balance Due: | $0.00 |

|ıllıllıllıllılıll|

The above application has been received by our office and is in process, but has been noted with one or more of the following exception(s):
Missing Evidence(s) - your application was missing evidence(s) that you will need to provide at the time of your naturalization interview. You will be notified under separate notice of the necessary evidence(s) that you will be required to bring to your interview. Do not submit any evidence(s) by mail.

Our records indicate your personal information is as follows:
Date of Birth:            March 24, 1961
Address Where You Live:  2912 LARAMIE ST
                          IRVING TX 75062

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 540 days of this notice.

**IMPORTANT NOTICE:**            All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check. If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted. Do not have your fingerprints taken anywhere else. You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you. Please inform the office listed below immediately of any address changes.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
P. O. BOX 851488
MESQUITE TX 78185-

**INS Customer Service Number:**
(800) 375-5283

REPRESENTATIVE COPY



U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0009

# Application for Naturalization

**Print clearly or type your answers using CAPITAL letters. Failure to print clearly may delay your application. Use black or blue ink.**

**Part 1.  Your Name  (The Person Applying for Naturalization)**

Write your INS "A"-number here:

A   **074 651 102**

**A. Your current legal name.**

Family Name (*Last Name*)

**HAJMOHAMMAD**

Given Name (*First Name*)

**Hasan**

Full Middle Name (*If applicable*)

Ahmad

**B. Your name exactly as it appears on your Permanent Resident Card.**

Family Name (*Last Name*)

**HAJMOHAMMAD**

Given Name (*First Name*)

**Hasan**

Full Middle Name (*If applicable*)

A

**C. If you have ever used other names, provide them below.**

| Family Name (*Last Name*) | Given Name (*First Name*) | Middle Name |
|---|---|---|
| NONE | | |
| | | |
| | | |

**D. Name change (*optional*)**

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name?     [X] Yes     [ ] No

2. If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name (*Last Name*)

**HUMRAN**

Given Name (*First Name*)

**Hassan**

Full Middle Name

**Ahmad**

**Part 2.  Information About Your Eligibility    (Check Only One)**

I am at least 18 years old **AND**

A. [X]  I have been a Lawful Permanent Resident of the United States for at least 5 years.

B. [ ]  I have been a Lawful Permanent Resident of the United States for at least 3 years, AND I have been married to and living with the same U.S. citizen for the last 3 years, AND my spouse has been a U.S. citizen for the last 3 years.

C. [ ]  I am applying on the basis of qualifying military service.

D. [ ]  Other (*Please explain*) _____

**FOR INS USE ONLY**

| Bar Code | Date Stamp |
|---|---|
| | |

Remarks

Action

Form N-400 (Rev. 05/31/01)N

**Part 3.   Information About You**

Write your INS "A"-number here:

A   **074 651 102**

A. Social Security Number

**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**

B. Date of Birth *(Month/Day/Year)*

**03/24/1961**

C. Date You Became a Permanent Resident *(Month/Day/Year)*

**05/01/1998**

D. Country of Birth

**JORDAN**

E. Country of Nationality

**JORDAN**

F. Are either of your parents U.S. citizens?  *(if yes, see Instructions)*   ☐ Yes   ☒ No

G. What is your current marital status?   ☐ Single, Never Married   ☒ Married   ☐ Divorced   ☐ Widowed

☐ Marriage Annulled or Other *(Explain)* _____

H. Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?   ☐ Yes   ☒ No

I. Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)*   ☐ Yes   ☒ No

If you answered "Yes", check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language: _____

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: _____

_____

_____

**Part 4.   Addresses and Telephone Numbers**

A. Home Address - Street Number and Name *(Do NOT write a P.O. Box in this space)*

**2912 Laramie St.**

Apartment Number

| City | County | State | ZIP Code | Country |
|------|--------|-------|----------|---------|
| **IRVING** | **DALLAS** | **TX** | **75062** | **U.S.A.** |

B. Care of

Mailing Address - Street Number and Name *(If different from home address)*

Apartment Number

City

State

ZIP Code

Country

C. Daytime Phone Number *(If any)*

**( 972 )  659-1429**

Evening Phone Number *(If any)*

**( 214 )  215-2886**

E-mail Address *(If any)*

**jiuhasan@yahoo.com**

Form N-400 (Rev. 05/31/01)N Page 2

**Part 5. Information for Criminal Records Search**

Write your INS "A"-number here:

A   **074 651 102**

Note: The categories below are those required by the FBI. See Instructions for more information.

A. Gender

[X] Male   [ ] Female

B. Height

**5** Feet **5** Inches

C. Weight

**175** Pounds

D. Race

[X] White   [ ] Asian or Pacific Islander   [ ] Black   [ ] American Indian or Alaskan Native   [ ] Unknown

E. Hair color

[X] Black   [ ] Brown   [ ] Blonde   [ ] Gray   [ ] White   [ ] Red   [ ] Sandy   [ ] Bald (No Hair)

F. Eye color

[ ] Brown   [ ] Blue   [ ] Green   [X] Hazel   [ ] Gray   [ ] Black   [ ] Pink   [ ] Maroon   [ ] Other

**Part 6. Information About Your Residence and Employment**

A. Where have you lived during the last 5 years? Begin with where you live now and then list every place you lived for the last 5 years. If you need more space, use a separate sheet of paper.   *(See Attachment)*

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates *(Month/Year)* | |
| --- | --- | --- |
| | From | To |
| Current Home Address - Same as Part 4.A | **02/1998** | Present |
| | | |
| | | |
| | | |
| | | |

B. Where have you worked (or, if you were a student, what schools did you attend) during the last 5 years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last 5 years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address *(Street, City and State)* | Dates *(Month/Year)* | | Your Occupation |
| --- | --- | --- | --- | --- |
| | | From | To | |
| JONES INTERNATIONAL UNIVERSITY | ON LINE ACCREDITED UNIVERSITY DENVER, COLORADO | 01/2003 | PRESENT | MASTER DEGREE Student |
| ADEA SOLUTION | 4835 LBJ FWRY #800 DALLAS, TEXAS 75244 U.S.A. | 11/2000 | 12/2002 | COMPUTER CONSULTANT |
| ISLAMIC CENTER OF IRVING | 215 E. GRAWYLER RD. IRVING, TX 75061 | 08/1998 | 10/2000 | RELIGIOUS LEADER (IMAM) |
| ISLAMIC TRUST OF NORTH TEXAS (AHDE) | 415 E. AIRPORT FWY IRVING, TEXAS 75062 U.S.A. | 02/1997 | 08/1998 | RELIGIOUS LEADER (IMAM) |
| | | | | |

**Part 7.  Time Outside the United States**
**(Including Trips to Canada, Mexico, and the Caribbean Islands)**

Write your INS "A"- number here:
A    074 651 102

A.  How many total days did you spend outside of the United States during the past 5 years?   **92** days

B.  How many trips of 24 hours or more have you taken outside of the United States during the past 5 years?   **04** trips

C.  List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful
Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet of paper.

| Date You Left the United States *(Month/Day/Year)* | Date You Returned to the United States *(Month/Day/Year)* | Did Trip Last 6 Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 05/15/2002 | 06/16/2002 | ☐ Yes ☒ No | JORDAN, EGYPT | 31 |
| 04/11/2000 | 04/24/2000 | ☐ Yes ☒ No | JORDAN | 13 |
| 06/02/1999 | 06/21/1999 | ☐ Yes ☒ No | JORDAN | 19 |
| 05/11/1998 | 06/14/1998 | ☐ Yes ☒ No | JORDAN | 32 |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |

**Part 8.  Information About Your Marital History**

A.  How many times have you been married (including annulled marriages)?   **ONE**   If you have NEVER been married, go to Part 9.

B.  If you are now married, give the following information about your spouse:

1. Spouse's Family Name *(Last Name)*
**KALASH**

Given Name *(First Name)*
**Heyam**

Full Middle Name *(If applicable)*
**Abdelrahman**

2. Date of Birth *(Month/Day/Year)*
**02/01/1964**

3. Date of Marriage *(Month/Day/Year)*
**09/08/1982**

4. Spouse's Social Security Number
**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**

5. Home Address - Street Number and Name
**2912 Laramie St.**

Apartment Number

City
**IRVING**

State
**TEXAS**

ZIP Code
**75062**

**Part 8.   Information About Your Marital History (Continued)**

Write your INS "A"- number here:
A    074 651 102

C. Is your spouse a U.S. citizen?         ☐ Yes      ☒ No

D. If your spouse is a U.S. citizen, give the following information:

1. When did your spouse become a U.S. citizen?         ☐ At Birth      ☐ Other

If "Other," give the following information:

2. Date your spouse became a U.S. citizen

3. Place your spouse became a U.S. citizen (Please see Instructions)

City and State

E. If your spouse is NOT a U.S. citizen, give the following information :

1. Spouse's Country of Citizenship

**JORDAN**

2. Spouse's INS "A"- Number (If applicable)

A  074 089 001

3. Spouse's Immigration Status

☒ Lawful Permanent Resident      ☐ Other _____

F. If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.

1. Prior Spouse's Family Name (Last Name)

Given Name (First Name)

Full Middle Name (If applicable)

2. Prior Spouse's Immigration Status

☐ U.S. Citizen

☐ Lawful Permanent Resident

☐ Other _____

3. Date of Marriage (Month/Day/Year)

4. Date Marriage Ended (Month/Day/Year)

5. How Marriage Ended

☐ Divorce   ☐ Spouse Died   ☐ Other _____

G. How many times has your current spouse been married (including annulled marriages)?    ☐ 0

If your spouse has EVER been married before, give the following information about your spouse's prior marriage.
If your spouse has more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1 - 5 below.

1. Prior Spouse's Family Name (Last Name)

Given Name (First Name)

Full Middle Name (If applicable)

2. Prior Spouse's Immigration Status

☐ U.S. Citizen

☐ Lawful Permanent Resident

☐ Other _____

3. Date of Marriage (Month/Day/Year)

4. Date Marriage Ended (Month/Day/Year)

5. How Marriage Ended

☐ Divorce   ☐ Spouse Died   ☐ Other _____

**Part 9. Information About Your Children**

Write your INS "A"-number here:
A   074 651 102

A. How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.

02

B. Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet of paper.

| Full Name of Son or Daughter | Date of Birth (Month/Day/Year) | INS "A"- number (if child has one) | Country of Birth | Current Address (Street, City, State & Country) |
|---|---|---|---|---|
| Leena Humran | 03/02/2000 | A N/A | U.S.A. | 2912 Laramie St. IRVING, TEXAS 75062 |
| Tesneem Humran | 03/02/2000 | A N/A | U.S.A. | 2912 Laramie St. IRVING, TEXAS75062 |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |

**Part 10. Additional Questions**

Please answer questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes," and (2) provide any additional information that helps to explain your answer.

A. General Questions

1. Have you EVER claimed to be a U.S. citizen (in writing or any other way)? ☐ Yes ☒ No

2. Have you EVER registered to vote in any Federal, state, or local election in the United States? ☐ Yes ☒ No

3. Have you EVER voted in any Federal, state, or local election in the United States? ☐ Yes ☒ No

4. Since becoming a Lawful Permanent Resident, have you EVER failed to file a required Federal, state, or local tax return? ☐ Yes ☒ No

5. Do you owe any Federal, state, or local taxes that are overdue? ☐ Yes ☒ No

6. Do you have any title of nobility in any foreign country? ☐ Yes ☒ No

7. Have you ever been declared legally incompetent or been confined to a mental institution within the last 5 years? ☐ Yes ☒ No

**Part 10.  Additional Questions *(Continued)***

Write your INS "A"- number here:
A    074 651 102

### B. Affiliations

8. a. Have you **EVER** been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place?     ☒ Yes    ☐ No

b. If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet of paper.

| Name of Group | Name of Group |
|---|---|
| 1.  ISLAMIC CENTER OF IRVING | 6.  ISLAMIC ASSOCIATION OF NORTH TEXAS |
| 2.  ISLAMIC TRUST OF NORTH TEXAS | 7. |
| 3.  MUSLIM ARAB YOUTH ASSOCIATION | 8. |
| 4.  ISNA | 9. |
| 5.  MUSLIM CEMETARY OF NORTH TEXAS | 10. |

9. Have you **EVER** been a member of or in any way associated *(either directly or indirectly)* with:

a. The Communist Party?     ☐ Yes    ☒ No

b. Any other totalitarian party?     ☐ Yes    ☒ No

c. A terrorist organization?     ☐ Yes    ☒ No

10. Have you **EVER** advocated *(either directly or indirectly)* the overthrow of any government by force or violence?     ☐ Yes    ☒ No

11. Have you **EVER** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group, or political opinion?     ☐ Yes    ☒ No

12. Between March 23, 1933, and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

a. The Nazi government of Germany?     ☐ Yes    ☒ No

b. Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?     ☐ Yes    ☒ No

c. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp?     ☐ Yes    ☒ No

### C. Continuous Residence

Since becoming a Lawful Permanent Resident of the United States:

13. Have you **EVER** called yourself a "nonresident" on a Federal, state, or local tax return?     ☐ Yes    ☒ No

14. Have you **EVER** failed to file a Federal, state, or local tax return because you considered yourself to be a "nonresident"?     ☐ Yes    ☒ No

**Part 10. Additional Questions** *(Continued)*

Write your INS "A"- number here:

A   **074 651 102**

### D. Good Moral Character

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.

15. Have you **EVER** committed a crime or offense for which you were NOT arrested? ☐ Yes  ☒ No

16. Have you **EVER** been arrested, cited, or detained by any law enforcement officer
(including INS and military officers) for any reason? ☒ Yes  ☐ No

17. Have you **EVER** been charged with committing any crime or offense? ☐ Yes  ☒ No

18. Have you **EVER** been convicted of a crime or offense? ☐ Yes  ☒ No

19. Have you **EVER** been placed in an alternative sentencing or a rehabilitative program
(for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)? ☐ Yes  ☒ No

20. Have you **EVER** received a suspended sentence, been placed on probation, or been paroled? ☐ Yes  ☒ No

21. Have you **EVER** been in jail or prison? ☐ Yes  ☒ No

If you answered "Yes" to any of questions 15 through 21, complete the following table. If you need more space, use a separate sheet of paper to give the same information.

| Why were you arrested, cited, detained, or charged? | Date arrested, cited, or charged? *(Month/Day/Year)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
| CITATION AT DEMONSTRATION | 04/10/2002 | DALLAS,TEXAS,U.S.A. | DISMISSED |
| | | | |
| | | | |

Answer questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes," and (2) any additional information or documentation that helps explain your answer.

22. Have you **EVER**:

    a. been a habitual drunkard? ☐ Yes  ☒ No

    b. been a prostitute, or procured anyone for prostitution? ☐ Yes  ☒ No

    c. sold or smuggled controlled substances, illegal drugs or narcotics? ☐ Yes  ☒ No

    d. been married to more than one person at the same time? ☐ Yes  ☒ No

    e. helped anyone enter or try to enter the United States illegally? ☐ Yes  ☒ No

    f. gambled illegally or received income from illegal gambling? ☐ Yes  ☒ No

    g. failed to support your dependents or to pay alimony? ☐ Yes  ☒ No

23. Have you **EVER** given false or misleading information to any U.S. government official
while applying for any immigration benefit or to prevent deportation, exclusion, or removal? ☐ Yes  ☒ No

24. Have you **EVER** lied to any U.S. government official to gain entry or admission into the
United States? ☐ Yes  ☒ No

**Part 10. Additional Questions** *(Continued)*

Write your INS "A"- number here:
A    074 651 102

### E. Removal, Exclusion, and Deportation Proceedings

25. Are removal, exclusion, rescission or deportation proceedings pending against you?          ☐ Yes  ☒ No

26. Have you **EVER** been removed, excluded, or deported from the United States?          ☐ Yes  ☒ No

27. Have you **EVER** been ordered to be removed, excluded, or deported from the United States?          ☐ Yes  ☒ No

28. Have you **EVER** applied for any kind of relief from removal, exclusion, or deportation?          ☐ Yes  ☒ No

### F. Military Service

29. Have you **EVER** served in the U.S. Armed Forces?          ☐ Yes  ☒ No

30. Have you **EVER** left the United States to avoid being drafted into the U.S. Armed Forces?          ☐ Yes  ☒ No

31. Have you **EVER** applied for any kind of exemption from military service in the U.S. Armed Forces?          ☐ Yes  ☒ No

32. Have you **EVER** deserted from the U.S. Armed Forces?          ☐ Yes  ☒ No

### G. Selective Service Registration

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays
in any status except as a lawful nonimmigrant?          ☐ Yes  ☒ No

If you answered "NO", go on to question 34.

If you answered "YES", provide the information below.

If you answered "YES", but you did NOT register with the Selective Service System and are still under 26 years of age, you
must register before you apply for naturalization, so that you can complete the information below:

Date Registered (Month/Day/Year)  _____  Selective Service Number  _____

If you answered "YES", but you did NOT register with the Selective Service and you are now 26 years old or older, attach a
statement explaining why you did not register.

### H. Oath Requirements *(See Part 14 for the text of the oath)*

Answer questions 34 through 39. If you answer "No" to any of these questions, attach (1) your written explanation why the answer was
"No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States?          ☒ Yes  ☐ No

35. Do you understand the full Oath of Allegiance to the United States?          ☒ Yes  ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States?          ☒ Yes  ☐ No

37. If the law requires it, are you willing to bear arms on behalf of the United States?          ☒ Yes  ☐ No

38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces?          ☒ Yes  ☐ No

39. If the law requires it, are you willing to perform work of national importance under civilian
direction?          ☒ Yes  ☐ No

**Part 11.  Your Signature**

Write your INS "A"- number here:
A    074 651 102

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information which INS needs to determine my eligibility for naturalization.

Your Signature

Hasan HAJMOHAMMAD            *x*   *Hasan*

Date *(Month/Day/Year)*

May 28-03

**Part 12.  Signature of Person Who Prepared This Application for You *(if applicable)***

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name

Mark E. Jacobs

Preparer's Signature

*Mark E. Jacobs*

Date *(Month/Day/Year)*

3/5/03

Preparer's Firm or Organization Name *(If applicable)*

Mark E. Jacobs P.C.

Preparer's Daytime Phone Number

(972) 233-7788

Preparer's Address - Street Number and Name

5050 Quorum Dreive 140

City

Dallas

State

TX

Zip Code

75254

**Do Not Complete Parts 13 and 14 Until an INS Officer Instructs You To Do So**

**Part 13.  Signature at Interview**

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through _____ and the evidence submitted by me numbered pages 1 through _____, are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me    _____    _____

Officer's Printed Name or Stamp         Date *(Month/Day/Year)*

Complete Signature of Applicant

Officer's Signature

**Part 14.  Oath of Allegiance**

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen. By signing below, you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I will bear arms on behalf of the United States when required by the law; that I will perform noncombatant service in the Armed Forces of the United States when required by the law; that I will perform work of national importance under civilian direction when required by the law; and that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant

Complete Signature of Applicant

Form N-400 (Rev. 05/31/01)N Page 10

U.S. Department of Homeland Security
Citizenship and Immigration Services

**Naturalization Interview Results**

A# _074 651 102_

On _MAR 0 5 2004_ , you were interviewed by USCIS Officer _Douglas Bush_

- [✓] You passed the tests of English and U.S. history and government.
- [ ] You passed the test of U.S. history and government and the English language requirement was waived.
- [ ] The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

- [ ] You will be given another opportunity to be tested on your ability to _____ speak / _____ read / _____ / write English.
- [ ] You will be given another opportunity to be tested on your knowledge of U.S. history and government.

- [ ] Please follow the instructions on the Form N-14.
- [ ] INS will send you a written decision about your application.

- [ ] You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. USCIS will send you a written decision about your application.

A) _____ **Congratulations!  Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) _✓_ **A decision cannot yet be made about your application.**

**It is very important that you:**
✓ Notify USCIS if you change your address.
✓ Come to any scheduled interview.
✓ Submit all requested documents.
✓ Send any questions about this application in writing to the officer named above. Include your full name, A-number, and a copy of this paper.
✓ Go to any oath ceremony that you are scheduled to attend.
✓ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

N-652  (Rev.12/7/99)Y

JS 44 (Rev. 10/06)

# CIVIL COVER SHEET

3-08CV0021-K

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

HASAN HAJMOHAMMAD

## DEFENDANTS

ANNE K. BARROWS, U.S. CITIZENSHIP AND IMMIGRATION SERVICES DISTRICT DIRECTOR, ET. AL.

**(b)** County of Residence of First Listed Plaintiff    DALLAS
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    DALLAS
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

ABDELHADI & ASSOCIATES, PC, 4144 N. CENTRAL EXPY., STE. 1210, DALLAS, TX 75204, (214) 219-8803

Attorneys (If Known)

HUSEIN A. ABDELHADI

RECEIVED
JAN 4 2008
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1   U.S. Government
Plaintiff

☐ 3   Federal Question
(U.S. Government Not a Party)

☒ 2   U.S. Government
Defendant

☐ 4   Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**    **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane    ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product     Med. Malpractice | ☐ 625 Drug Related Seizure |    28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |     Liability    ☐ 365 Personal Injury - |    of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &     Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
|    & Enforcement of Judgment |     Slander    ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'     Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent |     Corrupt Organizations |
| ☐ 152 Recovery of Defaulted |     Liability     Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|    Student Loans | ☐ 340 Marine    **PERSONAL PROPERTY** |     Safety/Health | | ☐ 490 Cable/Sat TV |
|    (Excl. Veterans) | ☐ 345 Marine Product    ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment |     Liability    ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
|    of Veteran's Benefits | ☐ 350 Motor Vehicle    ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) |     Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle     Property Damage |    Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract |     Product Liability    ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) |     12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal     Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise |     Injury |    & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**    **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting    ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment     Sentence | ☐ 791 Empl. Ret. Inc. |     or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/    **Habeas Corpus:** |    Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land |     Accommodations    ☐ 530 General | |     26 USC 7609 |     Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare    ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -    ☐ 540 Mandamus & Other | | |     Under Equal Access |
| |     Employment    ☐ 550 Civil Rights | | |     to Justice |
| | ☐ 446 Amer. w/Disabilities -    ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| |     Other | | |     State Statutes |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Appeal to District
Judge from
Magistrate
Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:   PETITION FOR HEARING ON NATURALIZATION UNDER 8 U.S.C. Sec. 1447(b)

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) PENDING OR CLOSED

(See instructions):   JUDGE _____ DOCKET NUMBER _____

DATE   1/3/07

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____