IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HASAN A. HAJMOHAMMAD, | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:08-CV-0021-BD |
| | § | Referred to U.S. Magistrate Judge |
| | § | |
| LISA KEHL, District Director, | § | |
| U.S. Citizenship and Immigration | § | |
| Services, Et Al., | § | **ECF** |
|     Defendants. | § | |

## DEFENDANTS' AGREEMENT TO A DISMISSAL UNDER RULE 41

Without adopting the content of Plaintiff Hasan A. Hajmohammad's motion to dismiss under FED. R. CIV. P. 41(a)(1), the Defendants join Hajmohammad in requesting a dismissal of the case under Rule 41.[1]

                                            Respectfully submitted,

                                            RICHARD B. ROPER
                                            UNITED STATES ATTORNEY

                                            /s/ *ANGIE L. HENSON*
                                            ANGIE L. HENSON
                                            Assistant United States Attorney
                                            1100 Commerce St., Suite 300
                                            Dallas, Texas  75242
                                            Texas Bar No. 09492900
                                            Tel:    214.659.8600

---

[1] The defendants waive consideration of the motion to dismiss they filed on August 27, 2008, if the Court finds Hajmohammad's request for dismissal under rule 41 to be valid.. Should the Court find any deficiency in the request for a Rule 41 dismissal, the defendants do not waive their motion to dismiss and will argue it at the pretrial conference on September 5, 2008.

**Defendant's Agreement to Dismissal Under Rule 41 - Page 1**

      Fax:   214.767.2916
      Email: Angie.Henson@usdoj.gov


      /s/ *E. SCOTT FROST*
      E. SCOTT FROST
      Assistant United States Attorney
      Texas State Bar No. 07488080
      1205 Texas Avenue, Suite 700
      Lubbock, Texas 79401
      Tel:   806.472.7566
      Fax:   806.472.7324
      Email: scott.frost@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2008, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I also certify that a copy of this document was served on Hussein A. Abdelhadi, Counsel for Plaintiff Hasan Hajmohammad, at 4144 N. Central Expressway, Suite 1210, Dallas, Texas 75204, by first class mail.

      /s/ *ANGIE L. HENSON*
      Angie L. Henson
      Assistant U.S. Attorney

      /s/ *E. SCOTT FROST*
      E. SCOTT FROST
      Assistant United States Attorney

**Defendant's Agreement to Dismissal Under Rule 41 - Page 3**