IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HASAN A. HAJMOHAMMAD,<br>Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:08-CV-0021-BD<br>Referred to U.S. Magistrate Judge |
| LISA KEHL, District Director,<br>U.S. Citizenship and Immigration<br>Services, Et Al.,<br>Defendants. | § § § § § | ECF |

## STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE 41

Plaintiff, Hasan A. Hajmohammad, and Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismiss this cause without prejudice as to the filing of any future action. By stipulation of all parties, each party will bear its own fees, expenses, and costs.

Dated:   September 4, 2008.

Respectfully submitted,

Husein A. Abdelhadi
Abdelhadi & Associates, PC
4144 N. Central Expy., Ste. 1210
Dallas, Texas 75204
Tel:   214.219.8803
Fax:   214.219.8804
Email: haa@aalaw.net

Attorney for Plaintiff

**Stipulation of Dismissal Pursuant to Federal Rule 41 - Page 1**

RICHARD B. ROPER
UNITED STATES ATTORNEY

/s/ ANGIE L. HENSON
ANGIE L. HENSON
Assistant United States Attorney
1100 Commerce St., Suite 300
Dallas, Texas 75242
Texas Bar No. 09492900
Tel: 214.659.8600
Fax: 214.767.2916
Email: Angie.Henson@usdoj.gov

E. SCOTT FROST
Assistant United States Attorney
Texas State Bar No. 07488080
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Tel: 806.472.7566
Fax: 806.472.7324
Email: scott.frost@usdoj.gov

Attorneys for Defendants

**Stipulation of Dismissal Pursuant to Federal Rule 41 - Page 2**